O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILBERT HOOD, | ) | CASE NO. CV 11-00550 GAF (RZ) |
| Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) | |
| LINDA SANDERS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge, and has reviewed the record *de novo* with respect to the portions of the Report as to which Petitioner has filed objections. The Court accepts the findings and recommendations of the Magistrate Judge

DATED: July 6, 2011

GARY A. FEESS
UNITED STATES DISTRICT JUDGE