**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT HOOD, ) | CASE NO. CV 11-00550 GAF (RZ) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| LINDA SANDERS, WARDEN, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

This matter came before the Court on the Petition of WILBERT HOOD for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for lack of subject matter jurisdiction.

DATED: July 6, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE